## El Pueblo v. Figueroa.

Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª.

No. 470.—Resuelto en ·octubre 21, 1912.

Derecho Penal—Instrucciones al Jurado—Asesinato en· Segundo Grado.—
En un caso de asesinato en segundo grado, puede el tribunal, cuando los hechos del caso lo justifiquen, instruir al jurado en el sentido de que al presentar su veredicto debe de apreciar el caso como de asesinato en segundo grado u homicidio voluntario.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. José de Jesús Tizol.*

Abogado del apelado: *Sr. Charles E. Foote, Fiscal.*

El Juez Asociado Sr. MacLeary, emitió la opinión del tribunal.

En este caso se presentó la acusación contra el acusado por el delito de asesinato en segundo grado y·fué declarado culpable de homicidio voluntario. Contra la sentencia condenatoria que fué dictada el día 15 de mayo de 1912, el acusado interpuso recurso de apelación para ante este tribunal, habiendo sido remitidos los autos a esta corte el día 9 de agosto siguiente. Ningún abogado compareció en representación de dicho acusado ante este tribunal y no existe en los autos ningún pliego de excepciones o exposición del caso, conteniendo solamente las transcripciones que en el mismo aparecen y una copia de las instrucciones dadas por la corte al jurado, así como de la acusación, del veredicto y de la sentencia; cuyos documentos que forman los autos de este caso han sido debidamente considerados. Después que la corte dió sus instrucciones al jurado, preguntó a cada una de las partes si deseaban someter instrucciones por escrito al jurado. Y no habiéndose presentado ninguna, el caso fué sometido a la consideración del jurado, por virtud de las instrucciones de la corte. Según estas instrucciones, el jurado está limitado, al considerar su veredicto, a apreciar el

caso como de asesinato en segundo grado u homicidio voluntario.   Esta limitación está sostenida por los hechos, y las instrucciones que han sido amplias y explícitas son tan favorables al acusado como él probablemente podría esperarlo. Examinando debidamente todos los autos, resulta que no se ha cometido ningún error esencial por la corte sentenciadora. Siendo este el caso, debe confirmarse la sentencia en todas sus partes.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Aldrey.